THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEVEN B. AUBREY and BRIAN E. VODICKA,　　Plaintiffs, vs. PETER E. BARLIN, GREGORY H. LAHR, SANDRA F. GUNN,　　Defendants. | § § § § § § § § § § § § | 1-10-CV-076-DAE |

ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR FILING PRIVILEGES

Before the Court is Plaintiff Steve Aubrey's Motion for Electronic Filing Privileges for himself and for Plaintiff Brian Vodicka. (Dkt. # 725.) The motion is **GRANTED IN PART**. Mr. Aubrey is granted permission to file documents electronically pursuant to the electronic filing requirements for a pro se litigant contained in the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, found online in the "General Information" section of the "CM/ECF" tab at www.txwd.uscourts.gov. Mr. Aubrey must register as a "Filing User" and receive a login and password from the district court to use the Court's electronic filing system.

Mr. Aubrey's request for filing privileges on behalf of Mr. Vodicka is

1

**DENIED**. Mr. Aubrey does not have a law license; accordingly, he may not represent other parties in federal court and is not permitted to make a request on behalf of Mr. Vodicka. 28 U.S.C. § 1654; Weber v. Garza, 570 F.2d 511, 514 (5th Cir. 1978); see also Guajardo v. Luna, 432 F.2d 1324, 1324 (5th Cir. 1970) (holding that an individual who is not admitted to practice law is "not authorized to appear in any court to represent a third party").

Accordingly, Mr. Aubrey's Motion for Electronic Filing Privileges is **GRANTED** as to himself, and **DENIED** as to Plaintiff Brian Vodicka (Dkt. # 725).

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, February 26, 2016.

_____
David Alan Ezra
Senior United States Distict Judge