THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| STEVEN B. AUBREY and BRIAN E. VODICKA, | § § § § | 1-10-CV-076-DAE |
| Plaintiffs, | § § | |
| vs. | § § | |
| PETER E. BARLIN, GREGORY H. LAHR, SANDRA F. GUNN, | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff Steve Aubrey's Motion to Vacate Final Judgment (Dkt. # 735). After reviewing the Motion, the Court takes the matter under advisement and **ORDERS** Plaintiffs Brian Vodicka and Steve Aubrey as follows.

This Court orders Plaintiffs Brian Vodicka and Steve Aubrey to file an unredacted copy of the Order of Protective Custody currently filed as "Exhibit A" to Mr. Aubrey's Motion for Extension of Time (Dkt. # 729 at 5). Mr. Vodicka and Mr. Aubrey are **ORDERED** to file this document **UNDER SEAL** by 10:00 a.m. CST, on Monday, March 14, 2016.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, March 7, 2016.

_____
David Alan Ezra
Senior United States Distict Judge